CLOSED,.,ENE

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:17−cv−01842−AJB−WVG

Grice v. Pepsi Beverages Company et al  
Assigned to: Judge Anthony J. Battaglia  
Referred to: Magistrate Judge William V. Gallo  
Case in other court:  Superior Court of California, San Diego County, 37−02017−00022150−CU−MC  
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/11/2017  
Date Terminated: 11/01/2017  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

Early Neutral Evaluation Conference:  
Case Management Conference:  
Status Hearing:  
Status Conference:  
Mandatory Settlement Conference:  

Settlement Conference:  
Settlement Disposition Conference:  
Pretrial Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**Altareek Grice**  
*on behalf of himself and all others similarly situated*

represented by **Peter R. Dion−Kindem**  
The Dion−Kindem Law Firm  
21550 Oxnard Street  
Suite 900  
Woodland Hills, CA 91367  
(818) 883−4900  
Fax: (818) 883−4902  
Email: peter@dion−kindemlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pepsi Beverages Company**

represented by **Jonathan Hisataka Liu**  
Ogletree Deakins Nash Smoak & Stewart, P.C.  
4370 La Jolla Village Drive  
Suite 990  
San Diego, CA 92122  
(858)652−3100  
Fax: (858)652−3101  
Email: jonathan.liu@ogletreedeakins.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Timothy L. Johnson**  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
4370 La Jolla Village Drive  
Suite 990  
San Diego, CA 92122  
(858) 652−3100  
Fax: (858) 652−3101

Email: tim.johnson@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 Through 10**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2017 | Ï 1 | NOTICE OF REMOVAL with Jury Demand from Superior Court of California, San Diego County, case number 37–02017–00022150–CU–MC. ( Filing fee $ 400 receipt number 0974–10429965.), filed by Pepsi Beverages Company. (Attachments: # 1 Civil Case Cover Sheet, # 2 Exhibit 1 to Notice of Removal, # 3 Declaration Declaration of Jonathan Liu in Support of Notice of Removal, # 4 Proof of Service)<br><br>The new case number is 3:17–cv–01842–AJB–WVG. Judge Anthony J. Battaglia and Magistrate Judge William V. Gallo are assigned to the case.(anh) (jao). (Entered: 09/12/2017) |
| 09/11/2017 | Ï 2 | Corporate Disclosure Statement by Pepsi Beverages Company identifying Corporate Parent Pepsico, Inc., Other Affiliate Bottling Group Holdings, Inc., Other Affiliate Pepsi Bottling Holdings, Inc. for Pepsi Beverages Company.. (anh) (jao). (Entered: 09/12/2017) |
| 09/18/2017 | Ï 3 | ANSWER to Complaint *Defendant's Answer to Complaint* by Pepsi Beverages Company.(Liu, Jonathan) (ajs). (Entered: 09/18/2017) |
| 09/18/2017 | Ï 4 | NOTICE AND ORDER for Early Neutral Evaluation Conference: On 11/14/2017, beginning at 08:15 a.m., the Court will hold an attorneys–only Telephonic Status Conference with each party separately before Magistrate Judge William V. Gallo. Early Neutral Evaluation set for 11/15/2017 at 09:00 a.m. in Courtroom 2A before Magistrate Judge William V. Gallo. Signed by Magistrate Judge William V. Gallo on 09/18/2017.(ajs) (Entered: 09/18/2017) |
| 09/27/2017 | Ï 5 | NOTICE of Appearance by Timothy L. Johnson on behalf of Pepsi Beverages Company (Attachments: # 1 Proof of Service)(Johnson, Timothy)Attorney Timothy L. Johnson added to party Pepsi Beverages Company(pty:dft)(acc). (Entered: 09/27/2017) |
| 09/27/2017 | Ï 6 | MOTION to Change Venue by Pepsi Beverages Company. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Nicole Wade, # 3 Request for Judicial Notice, # 4 Proof of Service)(Johnson, Timothy)(acc). (Entered: 09/27/2017) |
| 09/27/2017 | Ï 7 | ORDER BY JUDGE BATTAGLIA Setting Briefing Schedule re 6 MOTION to Change Venue : Responses due by 10/4/2017; Replies due by 10/18/2017; sur–replies will not be accepted. Motion hearing scheduled for 11/16/17 at 2:00 p.m. in Courtroom 4A.(no document attached) (sc) (Entered: 09/27/2017) |
| 10/26/2017 | Ï 8 | REPLY – Other re 6 MOTION to Change Venue *Defendant's Notice of Plaintiff's Non−Opposition to Defendant's Motion to Transfer Venue* filed by Pepsi Beverages Company. (Johnson, Timothy)(acc). (Entered: 10/26/2017) |
| 10/31/2017 | Ï 9 | NON Opposition re 6 MOTION to Change Venue filed by Altareek Grice. (Dion−Kindem, Peter)(acc). (Entered: 10/31/2017) |
| 10/31/2017 | Ï 10 | ORDER Vacating Early Neutral Evaluation Conference and Related Dates. Signed by Magistrate Judge William V. Gallo on 10/31/2017.(mpl) (Entered: 10/31/2017) |
| 11/01/2017 | Ï 11 | ORDER granting 6 Defendant's Motion to Transfer Venue. Case transferred to the United States District Court for the Southern District of New York. Signed by Judge Anthony J. Battaglia on |

11/1/2017. (acc) (Additional attachment(s) added on 11/6/2017: # 1 Transfer Out Letter) (acc). (Entered: 11/01/2017)