UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Altareek Grice,<br><br>    Plaintiff,<br><br>v.<br><br>Pepsi Beverages Company, *et al.*,<br><br>    Defendant. | 17-CV-8853 (JPO)<br>CLASS ACTION<br><br>AMENDED NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiff, ALTAREEK GRICE, will move and does hereby move for an order (1) finally certifying the Settlement Class and (2) finally approving the Class Action Settlement on November 15, 2018 at 3:00 p.m. or as soon thereafter as may be heard before District Court Judge J. Paul Oetken at the Thurgood Marshall United States Court House, Courtroom 706, 40 Foley Square, New York, New York, 10007.

This Motion will be made upon the Memorandum of Law in Support of Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement, and all papers currently on file with this Court, and such further evidence and arguments as may be presented at hearing.

                                                        **/s/** *Marc R. Edelman*
                                                        Marc R. Edelman *(pro hac vice forthcoming)*
                                                        Florida Bar Number: 96342
                                                        MORGAN & MORGAN P.A.
                                                        201 N. Franklin Street, Suite 700
                                                        Tampa, Florida 3306
                                                        Main No.: 813-577-4722
                                                        Facsimile: 813-257-0572
                                                        Email: medelman@forthepeople.com

        Luis A. Cabassa *(pro hac vice forthcoming)*
        Florida Bar Number: 0053643
        Brandon J. Hill *(pro hac vice forthcoming)*
        Florida Bar Number: 37061
        Donna V. Smith *(pro hac vice forthcoming)*
        Florida Bar Number: 661201
        Wenzel Fenton Cabassa, P.A.
        1110 North Florida Avenue, Suite 300
        Tampa, FL 33602
        lcabassa@wfclaw.com
        bhill@wfclaw.com

        Peter R. Dion-Kindem *(pro hac vice forthcoming)*
        The Dion-Kindem Law Firm
        21550 Oxnard Street, Suite 900
        Woodland Hills, CA 91367
        peter@dion-kindemlaw.com

        Lonnie C. Blanchard, III *(pro hac vice forthcoming)*
        The Blanchard Law Group, APC
        3311 East Pico Boulevard
        Los Angeles, CA 90023
        lonnieblanchard@gmail.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 8th day of November, 2018, that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/*Marc R. Edelman*
        **ATTORNEY**