IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAREEK GRICE,<br><br>                          Plaintiff,<br><br>-v-<br><br>PEPSI BEVERAGES COMPANY, et al.,<br><br>                          Defendants | 17-CV-8853 (JPO)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND NAMED PLAINTIFF SERVICE AWARD** |

**PLEASE TAKE NOTICE** that Plaintiff, ALTAREEK GRICE, will move and does hereby move for an order approving Class Counsel's Attorneys' Fees in the amount of $397,387, Costs of $74,507.79, and Named Plaintiff's Service Award in the amount of $5,000 on November 15, 2018 at 3:00 p.m. or as soon thereafter as may be heard before District Court Judge J. Paul Oetken at the Thurgood Marshall United States Court House, Courtroom 706, 40 Foley Square, New York, New York, 10007.

This Motion will be made upon the Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Named Plaintiff Service Award, Declarations of Brandon J. Hill, Marc R. Edelman, Peter R. Dion-Kindem and Lonnie C. Blanchard, III all accompanying exhibits, and all papers currently on file with this Court, and such further evidence and arguments as may be presented at hearing.

                                                             /s/ *Marc R. Edelman*
                                                             Marc R. Edelman *(pro hac vice forthcoming)*
                                                             Florida Bar Number: 96342
                                                             MORGAN & MORGAN P.A.
                                                             201 N. Franklin Street, Suite 700
                                                             Tampa, Florida 3306
                                                             Main No.: 813-577-4722
                                                             Facsimile: 813-257-0572

Email: medelman@forthepeople.com

Luis A. Cabassa *(pro hac vice forthcoming)*
Florida Bar Number: 0053643
Brandon J. Hill *(pro hac vice forthcoming)*
Florida Bar Number: 37061
Donna V. Smith *(pro hac vice forthcoming)*
Florida Bar Number: 661201
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
lcabassa@wfclaw.com
bhill@wfclaw.com

Peter R. Dion-Kindem *(pro hac vice forthcoming)*
The Dion-Kindem Law Firm
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
peter@dion-kindemlaw.com

Lonnie C. Blanchard, III *(pro hac vice forthcoming)*
The Blanchard Law Group, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
lonnieblanchard@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on this 8th day of November, 2018, that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/*Marc R. Edelman*
**ATTORNEY**