# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

January 25, 2019

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *Altareek Grice v. Pepsi Beverages Co., et al.*
> Case No. 17-cv-08853 (JPO)

Dear Judge Oetken:

On behalf of both parties, we respectfully call the Court's attention to certain issues with the Order and Opinion (ECF 64) (the "Final Order") on Plaintiff's motion for attorneys' fees and costs. First, the parties believe that the Final Order inadvertently sets a date for the Claims Administrator to begin distributing funds that is prior to the Effective Date established by the Final Order, and prior to the Final Order's deadline for the Defendant to deposit the settlement funds with the Claims Administrator. Second, the Final Order reduces the amount of the attorneys' fees by $135,086.50 from the amount requested but does not indicate where the $135,086.50 should be allocated. The parties therefore respectfully and jointly write herein to modify the Final Order as set forth below.

**Effective Date, Date for Claims Administrator to Distribute Funds, Date for Defendant to Fund Settlement**

The Final Order provides:

The "Effective Date" of the settlement shall be the fifth business day after the expiration of the applicable appellate period. If a party appeals this Order, the "Effective Date" of the settlement shall be the day after all appeals are finally resolved. This Order shall constitute a judgement for the purposes of Federal Rule of Civil Procedure 58."

As set by the Final Order, then, with no appeal anticipated, the parties calculate the Effective Date as **February 15, 2019**.

The Final Order goes on to say that:

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Within seven days of the Effective Date, Defendant shall deposit sufficient funds with the settlement administrator, American Legal Claims Services, so that the settlement administrator may distribute funds in accordance with the Settlement Agreement.

The date that is seven days after the February 15, 2019 Effective Date would be **February 22, 2019**.

However, the Final Order inadvertently requires the Settlement Administrator to distribute the settlement funds on a date prior to the date that the Final Order requires the Defendant to deposit the funds with the Settlement Administrator:

*Within fourteen days of this Order*, the settlement administrator shall distribute funds in the settlement account by making payments in the order below:....[emphasis added]

The Final Order is dated January 11, 2019. The above-referenced provision of the order would require the Settlement Administrator to distribute settlement funds on January 25, 2019—which is inconsistent with the other provisions of the Final Order that establish an Effective Date of February 15 and a Funding Date of February 22.

To correct this issue, the parties respectfully submit that the language "Within fourteen days of this Order" (related to the Settlement Administrator's distribution of funds to class members, etc.) should be amended to "Within fourteen days of Defendant's depositing sufficient funds with the settlement administrator." That correction will make the date on which the Settlement Administrator distributes funds March 8, 2019—consistent with the Effective Date and the Funding Date.

### Recalculation of Settlement Amount Based on Downward Adjustment of Attorneys' Fees

The Final Order reduced the amount in attorneys' fees requested by Class Counsel from $397,387.00 to 262,300.50, a difference of $135,086.50. It appears that the Court inadvertently overlooked that, pursuant to the terms of the Final Order, this reduction required that the sum payable to class members should be recalculated.

The parties respectfully submit that, under the terms of the Final Order, these are the correct amounts:

| | |
|---|---|
| Gross Settlement | $1,192,275.00 |
| Less Fees: | $(262,300.50) |
| Less Costs: | $(16,537.57) |
| Less Class Rep Fee: | $(5,000.00) |
| Less Settlement Administrator Costs | $(57,970.22) |
| Net Subject to 60% floor | $850,466.71 |
| | |
| 60% Floor, Payable to Class | **$510,280.02** |
| Plus Fees, Costs, Class Rep Fee, and | |

Hon. J. Paul Oetken
January 25, 2019
Page 3


**Ogletree
Deakins**

    Settlement Administrator Fee              $341,808.29
Total to be Paid to Fund Settlement:       $852,088.31

The Final Order requires "Paying class members who timely submitted valid claim forms their pro rata share of $426,510. . . ." The parties respectfully submit that the $426,510 figure should be revised to $510,280.02.

## Conclusion

    For the foregoing reasons, the parties respectfully and jointly request that the Court amend the Final Order to: (1) require the settlement administrator to begin to distribute funds on a date within 14 days of the funds being deposited with the settlement administrator (instead of within 14 days of the Final Order), or March 8, 2019; and (2) the amount to be paid to class members be revised from $426,510 to $510,280.02.

    The parties thank the Court for its consideration and attention to this matter.

                        Respectfully submitted,

                        OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART, P.C.

By _____
                        Aaron Warshaw
                        Christina M. Schmid
                        599 Lexington Avenue, 17th Floor
                        New York, New York 10022
                        (212) 492-2500
                        aaron.warshaw@ogletreedeakins.com
                        christina.schmid@ogletreedeakins.com

                        Stephen R. Woods
                        James R. Silvers
                        300 North Main Street Suite 600
                        Greenville, SC 29601
                        stephen.woods@ogletreedeakins.com
                        james.silvers@ogletreedeakins.com
                        (864) 271-1300

                        WE CONCUR:

                        s/Peter R. Dion-Kindem
                        Class Counsel

Hon. J. Paul Oetken
January 25, 2019
Page 4



Enclosure
cc: Peter R. Dion-Kindem, Esq. (via email)
    Lonnie Blanchard (via email)
    Marc Edelman, Esq (via email)
    Brandon Hill, Esq. (via email)

37130185.2